IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WISEMAN E. MCCLENDON, JR., | ) |
| Plaintiff, | ) |
| v. | ) 3:10-1215 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends that Plaintiff's Motion for Judgment on the Record be denied and the decision of the Commissioner be affirmed. To this the Plaintiff has timely filed objections.

The Court has considered the objections, the Report and Recommendation, and the administrative record. The Report and Recommendation of Magistrate Judge Brown finding that the decision of the Administrative Law Judge is supported by substantial evidence is correct in law and fact. Plaintiff's objections, Doc. #16, are overruled. The Report and Recommendation is adopted by this Court as the finding and conclusions of this Court.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #11, is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED.**

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge